FIRST NATIONAL BANK OF HIGHLAND, Respondent, v. CHODIKEE LAKE FARM-CAMP, INC., Appellant, et al., Defendants.—

954

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.